**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MILBANK INSURANCE COMPANY   :
518 East Broad Street   :   CIVIL ACTION NO.:
Columbus, Ohio 43215   :
  :
            Plaintiff   :   **JURY TRIAL DEMANDED**
    v.   :
  :
THE RIGHT GUY CONSTRUCTION, LLC :
400 Mack Drive   :
Croydon, Pennsylvania 19021   :
  :
            Defendant   :

## COMPLAINT

Plaintiff, Milbank Insurance Company, as subrogee of Joseph Greco, by and through its undersigned counsel, complaining of defendant, hereby avers, upon information and belief, as follows:

## THE PARTIES

1.     Plaintiff, Milbank Insurance Company (hereinafter "Milbank"), as subrogee of Joseph Greco, is a corporation duly organized and existing under the laws of the State of Iowa, with a statutory home office located at 4601 Westown Parkway, Suite 300, West Des Moines, Iowa 50266 and its principal place of business located at 518 East Broad Street, Columbus, Ohio, 43215, which at all relevant times was engaged in the insurance business and was authorized to issue insurance policies in the Commonwealth of Pennsylvania.

2.     Defendant The Right Guy Construction, LLC (hereinafter "Right Guy"), is a limited liability company duly organized and existing under the laws of the Commonwealth of Pennsylvania, with a business address of 400 Mack Drive, Croydon, Pennsylvania 19021, which at all relevant times was engaged in the general contracting and construction business. Based upon

information and belief, all members of the defendant are citizens of the Commonwealth of Pennsylvania.

## JURISDICTION

3.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332(a), as the matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand ($75,000.00) and there is diversity of citizenship between the Plaintiff and Defendants.

4.      Venue is proper in this judicial district as the facts giving rise to plaintiff's causes of action occurred in this judicial district.

## FACTUAL ALLEGATIONS

5.      At all relevant times, Joseph Greco owned the residential property located at 102 Knoxlyn Farm Drive, Kennett Square, PA 19348 ("the Subject Property").

6.      At all relevant times, Milbank insured the real and personal property of Joseph Greco.

7.      Prior to May 24, 2024, Joseph Greco contracted with defendant Right Guy to provide sanding and floor staining work at the Subject Property.

8.      Prior to May 24, 2024, Right Guy sanded and stained floors at the Subject Property, and discarded the sanding and staining materials and debris in plastic trash bags that were placed inside Greco's plastic trash bins.  .

9.      On or about May 24, 2024, a fire erupted at the Subject Property as a result of the spontaneous combustion of the improperly discarded sanding and staining materials placed in plastic trash bins at the Subject Property.

2

10.    The fire spread from the trash bins to the house, causing severe and extensive damage to the Subject Property and the real and personal property of Joseph Greco, and extra expenses.

11.    Pursuant to the terms and conditions of the aforementioned insurance policy, Milbank paid Joseph Greco in excess of One Million Six Hundred Sixteen Thousand Four Hundred and Eighty-Eight Dollars ($1,616,488) to repair and replace his damaged property and for additional expenses incurred as a result of the fire.

12.    In accordance with common law principles of equitable and/or legal subrogation and the terms of the policy, Milbank is subrogated to the rights of Joseph Greco to the extent of the payments it has made for the aforementioned property damage and extra expenses.

### COUNT I – NEGLIGENCE

13.    Plaintiff incorporates by reference each and every preceding paragraph as though fully set forth herein at length.

14.    By undertaking to perform sanding and staining work and services, Right Guy owed Joseph Greco a duty to perform its sanding and staining work and services in a good, safe and workmanlike manner.

15.    Right Guy breached its duty of reasonable care by failing to perform its work and services in a good, safe and workmanlike manner and in each of the following particulars:

a)    failing to properly and safely dispose of the sanding and staining materials and debris;

b)    failing to properly dispose of the sanding and staining materials in accordance with manufacturer's warnings and instructions, applicable

building and fire safety codes, national, state and local codes and regulations, and industry custom and practice;

c)    failing and omitting to do and perform those things necessary in order to avoid an unreasonable risk of harm and fire damage to the Subject Property; and

d)    otherwise failing to use due care given the circumstances.

16.    As a direct and proximate result of Right Guy's negligent acts and omissions, the improperly disposed of sanding and staining materials spontaneously combusted causing a fire and severe and extensive damage to the property of Joseph Greco.

17.    As a direct and proximate result of the aforesaid negligent and careless acts and/or omissions of Defendant, Plaintiff's insured sustained damage to his property and incurred additional expenses directly related to the fire and property damage in an amount in excess of One Million Six Hundred Sixteen Thousand Four Hundred and Eighty-Eight Dollars and Nine Cents ($1,616,488.09), exclusive of interest and costs, for which Defendant Right Guy is legally liable.

WHEREFORE, Plaintiff Milbank Insurance Company demands judgment against defendant The Right Guy Construction, LLC, together with interest, costs, reasonable attorney's fees, and such other and further relief as this Court deems just and appropriate.

## COUNT II – BREACH OF CONTRACT AND BREACH OF WARRANTY

18.    Plaintiff incorporates by reference each and every allegation set forth above as though fully set forth herein at length.

19.    Defendant Right Guy agreed to perform sanding and staining work and services for Joseph Greco.

4

20.     Through its conduct, representations, contracts and agreements, Right Guy created implied warranties, including an implied warranty of a good and workmanlike performance, in connection with the sanding and staining work it undertook to perform.

21.     Right Guy breached its contract and implied warranty of workmanlike performance by failing to perform its sanding and staining work and services in a good, safe and workmanlike manner, including failing to properly dispose of the sanding and staining materials, which have a propensity for self-heating and spontaneous combustion.

22.     As a result of defendants' breach of contract and implied warranty, a fire occurred, causing severe and extensive damage to the property of Joesph Greco.

23.     As a direct and proximate result of defendant's breach of contract and implied warranty, Plaintiff's insured sustained damage to his property and incurred additional expenses directly related to the fire and property damage in an amount in excess of One Million Six Hundred Sixteen Thousand Four Hundred and Eighty-Eight Dollars and Nine Cents ($1,616,488.09), exclusive of interest and costs, for which Defendant Right Guy is legally liable.

WHEREFORE, Plaintiff Milbank Insurance Company demands judgment against defendant The Right Guy Construction, LLC, together with interest, costs, reasonable attorney's

fees, and such other and further relief as this Court deems just and appropriate.

COZEN O'CONNOR

By:  s/ Sean P. O'Donnell
    SEAN P. O'DONNELL, ESQUIRE
    PA Bar ID 76533
    One Liberty Place
    1650 Market Street
    Suite 2800
    Philadelphia, PA  19103
    (215) 665-2000
    (215) 665-2013 (Fax)
    sodonnell@cozen.com

*ATTORNEYS FOR PLAINTIFF*